**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARITA UPTON**                                                                          **PLAINTIFF**

**v.**                                  **NO. 4:07-CV-00037 GTE**

**UNITED HEALTH CARE SERVICES, INC.**                      **DEFENDANT**

### ORDER GRANTING MOTION TO STRIKE

Before the Court is a Motion to Strike filed by Defendant United Healthcare Services, Inc. ("United"). United seeks to strike from Plaintiff Marita Upton's Complaint her claims for compensatory and punitive damages. The claims asserted by Plaintiff are all governed by the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001, *et seq*. The law is well settled: ERISA preempts claims for compensatory and punitive damages as a matter of law. *See Powell v. Bob Downes Chrysler-Plymouth, Inc*., 763 F.Supp. 1023 (E. D. Mo. 1991)(finding that plaintiff's claims for compensatory and punitive damages based on alleged COBRA notice violations were preempted by ERISA); *DiFelice v. Aetna U.S. Healthcare*, 346 F.3d 442 (3rd Cir. 2003)("[A] string of Supreme Court cases has interpreted ERISA to disallow any recovery of compensatory or punitive damages."). For the reasons well stated by the Defendant in its Reply Brief, the Court rejects Plaintiff's arguments that she should be permitted to pursue her claims for compensatory and punitive damages in addition to her benefit claim and her $110 /day statutory penalty claim.

Accordingly,

- 2 -

IT IS THEREFORE ORDERED THAT Defendant United Healthcare Services Inc.'s Motion to Strike (Docket No. 3) be, and it is hereby, GRANTED.  Plaintiff Marita Upton's claims for compensatory and punitive damages are hereby stricken from her Complaint.

IT IS SO ORDERED this __7th__ day of March, 2007.

                _/s/Garnett Thomas Eisele_____
                UNITED STATES DISTRICT JUDGE